UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HERSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. 09 cv 11642 RGS |
| | ) |
| JOSEPH STIGLIANI | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R.CIV.P.  41(a)(1)(ii)**

Now come the parties in the above-entitled action and hereby stipulate and agree,

pursuant to Fed.R.Civ.P., Rule 41(a)(1)(ii), that said action be dismissed with prejudice

and without costs to any party as to all claims against the defendant, Joseph Stigliani,

with all parties waiving all rights of appeal.

Plaintiff,

JOHN HERSEY,
By his Attorney,
**Law Office of David Grossack, P.C.**

/s/ David C. Grossack
_____
David C. Grossack, BBO #212890
1320 Centre Street, Suite 103
Newton, MA 02459
(617) 965-9300

Defendant,

JOSEPH STIGLIANI,
By his Attorneys,
**PIERCE, DAVIS & PERRITANO, LLP**

/s/ Seth B. Barnett
_____
John J. Davis, BBO #115890
Seth B. Barnett, BBO #661497
90 Canal Street
Boston, MA 02114
(617) 350-0950

Dated: February 3, 2010

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on February 3, 2010.

/s/ Seth B. Barnett

_____

Seth B. Barnett